JOHN REAMER et al., Respondents, *v.* PHILO J. LOCKWOOD et al., Appellants.

(Submitted September 24, 1874; decided January term, 1875.)

THIS case presented simply questions as to the reception and rejection of evidence. The rulings below were *held* correct, under the peculiar circumstances of the case, or were sustained because the objections and exceptions were insufficient.

*E. Baldwin* for the appellants.

*S. R. Ten Eyck* for the respondents.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed.